UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Amy S. Radford,

        Plaintiff,

vs.                                                                                           ORDER

Kanabec County of Minnesota,
et al.,

        Defendants.                     Criv. No. 12-1998 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and no objections having been filed in the time period permitted,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment [Docket No. 19] is **DENIED** without prejudice.

                                                          BY THE COURT:

DATED: January 28, 2013                 s/Susan Richard Nelson
                                                          Judge Susan Richard Nelson
                                                          United States District Judge